AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>GUILLERMO MENDEZ-GARCIA,<br>aka "Guillermo Mendez,"<br><br>Defendant. | Case No.  2:21-mj-02629 -duty |

FILED
CLERK, U.S. DISTRICT COURT
5/27/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: /s/ Valencia Munroe  DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
5/27/2021
CENTRAL DISTRICT OF CALIFORNIA
BY:  jb  DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 7, 2021, in the county of Ventura in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(2) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts: *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Minerva Bolivar
Complainant's signature

Minerva Bolivar, Deportation Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  5/27/21

City and state:  Los Angeles, California

Judge's signature
CHARLES F. EICK
U.S. MAGISTRATE JUDGE
Printed name and title

SAUSA: M. Chan

**AFFIDAVIT**

I, Minerva Bolivar, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against GUILLERMO MENDEZ-GARCIA, also known as "Guillermo Mendez" ("MENDEZ-GARCIA"), charging him with a violation of Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF DEPORTATION OFFICER MINERVA BOLIVAR

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about January 7, 2021, the Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that MENDEZ-GARCIA, a previously deported criminal alien, was arrested and in the custody of the Ventura County Sheriff's Department ("VCSD") in Ventura, California.

5. On May 26, 2021, I was notified by DO James Bell, Jr. that MENDEZ-GARCIA was currently in the custody of the Ventura County Jail, with a state court hearing date of June 10, 2021.

6. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by the legacy Immigration and Naturalization Service ("INS") or DHS with respect to the subject alien for whom the DHS A-File is maintained.

7. On or about January 22, 2021, I obtained and reviewed the DHS A-File A026-551-901, which is maintained for the subject alien "GUILLERMO MENDEZ-GARCIA." The A-File contained the following documents and information:

    a. Photographs of the subject alien to whom DHS A-File A026-551-901 corresponds. Photographs of MENDEZ-GARCIA from the A-file were compared to photographs of MENDEZ-GARCIA taken at the time of his arrest and booking with the VCSD on or

about January 7, 2021.  I thus determined that DHS A-File A026-551-901 and its contents correspond to MENDEZ-GARCIA.

       b.   Ten executed Warrants of Removal/Deportation (I-205) and one Notice to Alien Ordered Removed/Departure Verification (I-296) indicating that MENDEZ-GARCIA was officially removed from the United States on or about January 21, 2004, June 25, 2004, December 1, 2005, November 19, 2008, August 19, 2009, December 23, 2009, May 30, 2012, March 17, 2014, February 13, 2018, October 18, 2018 and July 9, 2020.  I know from my training and experience that a Warrant of Removal/Deportation or Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and excluded from the United States by DHS (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint.  The executed Warrants of Removal/Deportation and Notice to Alien Ordered Removed/Departure Verification in MENDEZ-GARCIA's DHS A-File contain a photograph, signature, and fingerprint.

       c.   A certified conviction record showing that MENDEZ-GARCIA was convicted on or about August 24, 2000, of Grand Theft Person, in violation of California Penal Code Section 487(c), in the Superior Court of the State of California, County of Ventura, Case Number CR49227, for which MENDEZ-GARCIA was sentenced to 1 year 4 months' imprisonment.

       d.   A certified conviction record showing that MENDEZ-GARCIA was convicted on or about January 5, 2005, of Receiving Stolen Property, in violation of California Penal Code

Section 496(a), in the Superior Court of the State of California, County of Ventura, Case Number 2004043762, for which MENDEZ-GARCIA was sentenced to 2 years' imprisonment.

      e.  A certified conviction record showing that MENDEZ-GARCIA was convicted on or about February 23, 2007, of Unlawful Driving/Taking Vehicle, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Ventura, Case Number 2006012161, with two enhancements for Commission of Offense Within Five Years of Imprisonment, under California Penal Code Section 666.5(b), for which MENDEZ-GARCIA was sentenced to a total of 4 years' imprisonment.

      f.  A certified conviction record showing that MENDEZ-GARCIA was convicted on or about June 15, 2010, of Unlawful Taking Vehicle, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Ventura, Case Number 2009042973, with an enhancement for Commission of Offense Within Five Years of Imprisonment, under California Penal Code Section 666.5(b) for which MENDEZ-GARCIA was sentenced to a total of 4 years' imprisonment.

      g.  Certified conviction records showing that MENDEZ-GARCIA was convicted on or about June 10, 2013, of False Statements to a Federal Officer, in violation of Title 18, United States Code, Section 1001, in the United States District Court, Southern District of California, Case Number 12-CR-3604-WQH, for which MENDEZ-GARCIA was sentenced to 24 months'

imprisonment.  According to the criminal complaint filed in that case, MENDEZ-GARCIA attempted to enter the United States at the San Ysidro Port-of Entry by presenting a fraudulent birth certificate and a California state identification card in his name.  His deception was discovered after he was escorted to secondary inspection and fingerprinted, where it was discovered he was in fact a Mexican citizen with a prior removal order.

        h.   Certified conviction records showing that MENDEZ-GARCIA was convicted on or about October 16, 2018 of Improper Entry by an Alien (Misdemeanor), in violation of Title 18, United States Code, Section 1325, in the United States District Court, Southern District of California, Case Number 18-CR-2022-JLB, for which MENDEZ-GARCIA was sentenced to time served.

        i.   Certified conviction records showing that MENDEZ-GARCIA was convicted on or about December 13, 2019, of Improper Entry by an Alien (Felony), in violation of Title 8, United States Code, Section 1325, in the United States District Court, Southern District of California, Case Number 19-CR-3187-CAB, for which MENDEZ-GARCIA was sentenced to 12 months' and 1 day imprisonment.

        j.   Various documents, in addition to the Warrant of Removal/Deportation and Notice to Alien Ordered Removed/Departure Verification, indicating that MENDEZ-GARCIA is a native and citizen of Mexico.  These documents include: (i) an order of the Immigration Judge ordering MENDEZ-GARCIA removed to Mexico; and (ii) Sworn Statements, dated November 5, 2008, September 23, 2009, July 21, 2009, October 20, 2010 and March

5

17, 2014, in which MENDEZ-GARCIA admitted that he is a citizen of Mexico.

8. On or about January 13, 2021, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII database tracks and records arrests and convictions of individuals according to an individual's CII number. The CII printouts confirmed that MENDEZ-GARCIA had been convicted of the crimes reflected in the documents contained in MENDEZ-GARCIA's DHS A-File.

9. On or about January 11, 2021, I reviewed the printouts of ICE computer indices on MENDEZ-GARCIA. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported or excluded from the United States by ICE, was deported or excluded by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that MENDEZ-GARCIA had been removed, deported, and/or excluded on or about the dates indicated on the Warrants of Removal/Deportation and Notice to Alien Ordered Removed/Departure Verification found in MENDEZ-GARCIA's DHS A-File. The ICE computer indices further indicated that MENDEZ-GARCIA had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.

10. Based on my review of MENDEZ-GARCIA's DHS A-File, I determined that it does not contain any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the

United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in MENDEZ-GARCIA's DHS A-File.

## IV. CONCLUSION

11. For the reasons described above, there is probable cause to believe that GUILLERMO MENDEZ-GARCIA GARCIA has committed a violation of Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __27th__ day of
__May__, 2021.

_____
UNITED STATES MAGISTRATE JUDGE